# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-2307
LT Case No. 2021-CF-008026-A

_____

ANTHONY JOE MCBRIDE, Jr.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Matthew J. Metz, Public Defender, and Victoria Rose Cordero,
Assistant Public Defender, Daytona Beach, for Appellant.

Anthony Joe McBride, Jr., Sanderson, pro se.

Ashley Moody, Attorney General, Tallahassee, and David Welch,
Assistant Attorney General, Daytona Beach, for Appellee.

July 23, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, SOUD, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____